### UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF NORTH CAROLINA
### STATESVILLE DIVISION

IN RE:                                                                    Case No.  26-50196
Douglas V Moore

                                                                         Chapter 13

SSN# :   XXX-XX-1594        DEBTOR


### OBJECTION OF TRUSTEE TO CONFIRMATION OF PLAN;
### MOTION TO DISMISS

The undersigned Chapter 13 Trustee hereby objects to confirmation of the proposed plan of the above -referenced debtor, and moves that the court dismiss the case pursuant to 11 USC Section 1307 (c).

In support of his objection, the Trustee would show as follows:

**The Trustee objects to confirmation of the proposed plan, due to the failure of the of the plan to provide complete and consistent terms that can be implemented for confirmation. Debtor has also failed to pay first monies, and the budget shows that the plan payment is not feasible.**

WHEREFORE, the Trustee requests that the Court set a hearing on his Objection and Motion, and that it grant such relief as is appropriate and just.

Dated:  6/10/2026                                                        Steven G. Tate
                                                                         Chapter 13 Trustee


### ** NOTICE OF HEARING ON REVERSE SIDE **

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**STATESVILLE DIVISION**

IN RE:                                                                 Case No.  26-50196
Douglas V Moore

                                                                       Chapter 13

SSN# :   XXX-XX-1594       DEBTOR

### NOTICE OF HEARING

The Chapter 13 Trustee has filed papers in the bankruptcy case for the debtor named above, and will bring before the Court a hearing on the Objection to Confirmation of Plan; Motion to Dismiss.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.**

1. If you **DO NOT** want the Court to grant the relief requested by the Trustee, or if you want the Court to consider your views, then by 7/2/2026, you or your attorney must file with the Court a written response at the following address:

> Clerk, U.S. Bankruptcy Court
> 401 W Trade St, Suite 2500
> Charlotte, NC  28202

2. If you **mail** your response to the Court for filing, you must mail it early enough for the Court to  **receive** it on or before the deadline stated above.

3. On or before the date stated above for written responses, you must also serve a copy of your response on any other party required to be served by law.

A hearing will be held at the following time and place:

Date:  7/10/2026                         Time:   9:30 AM

Location:        U.S. Courthouse
                 Main Courtroom, First Floor
                 200 West Broad Street
                 Statesville, NC 28677

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought and may enter an order granting that relief.

Dated:  6/10/2026                                         Steven G. Tate, Chapter 13 Trustee
                                                          1318 D Davie Avenue
                                                          Statesville, NC  28677-3565
                                                          (704) 872-0068 | general@ch13sta.com

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**STATESVILLE DIVISION**

IN RE:                                                                                          Case No.  26-50196
Douglas V Moore

                                                                                                Chapter 13

SSN# :   XXX-XX-1594        DEBTOR

**CERTIFICATE OF SERVICE**

The parties whose names and addresses are listed below were served by United States first class mail, postage prepaid on 6/10/2026.

D. Crowder
Office of the Chapter 13 Trustee

Douglas V Moore, 512 Browns Chapel Rd, Boone, NC 28607
US Attorney, 227 W Trade St Ste 1650, Charlotte, NC 28202

Total Served:  2