FILED & JUDGMENT ENTERED
Christine F. Ramsey

August 28 2026

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

Laura T. Beyer
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**STATESVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| **DOUGLAS V MOORE**, | ) | Chapter 13 |
| | ) | Case No. 26-50196 |
| Debtor. | ) | |
| | ) | |

## ORDER OVERRULING OBJECTION TO CONFIRMATION

**THIS MATTER** is before the court on the Objection to Confirmation of Debtor's Chapter 13 Plan ("Objection") filed by Exeter Finance LLC ("Exeter") on July 14, 2026. The court entered a Notice of Defective Entry or Filing on July 15 because Exeter did not notice a hearing on the Objection. To date, Exeter has not filed a notice of hearing. Accordingly, the court hereby **OVERRULES** the Objection due to Exeter's failure to prosecute it.

**SO ORDERED**.

This Order has been signed electronically. The Judge's signature and Court's seal appear at the top of the Order.

United States Bankruptcy Court